**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-1647

_____

RICARDO C. HERRING,

                                        Plaintiff - Appellant,

        versus

TOMMY G. THOMPSON, Secretary of Health and
Human Services,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Andre M. Davis, District Judge.  (CA-01-
3824-8-AMD)

_____

Submitted:  May 26, 2004            Decided:  June 28, 2004

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard L. Swick, David H. Shapiro, SWICK & SHAPIRO, P.C.,
Washington, D.C., for Appellant.  Thomas M. DiBiagio, United States
Attorney, John W. Sippel, Jr., Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricardo C. Herring appeals the district court's order granting Defendant's motion for summary judgment in Herring's action under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Herring v. Thompson</u>, CA-01-3824-8-AMD (D. Md. May 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>